**Order entered October 25, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01146-CV

## IN THE INTEREST OF Z.H., A MINOR CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-03051**

## ORDER

In an order dated October 13, 2017, we granted the request filed by Glenda Finkley, Official Court Reporter of the 256th Judicial District Court, for a ten-day extension of time to file the reporter's record. Rather than file the reporter's record by October 23, 2017, as ordered in this parental termination case, today Ms. Finkley filed a second request seeking an additional ten-day extension of time to file the reporter's record.

We remind the trial court and Ms. Finkley that, because this is a parental termination case, it is the responsibility of the Court Reporter to prepare, verify, and timely file the reporter's record and that the trial court must direct Ms. Finkley to immediately commence the preparation of the reporter's record. The trial court must arrange a substitute reporter if necessary. TEX. R. APP. P. 28.4(b)(1).

We **GRANT** Ms. Finkley's motion to the extent that we **ORDER** the reporter's record to be filed by **MONDAY**, **NOVEMBER 6, 2017**. In doing so however, we **EXPRESSLY**

**CAUTION** Ms. Finkley that failure to comply with this order may result in an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable David Lopez, Presiding Judge of the 256th Judicial Court, Ms. Finkley, and all parties.

/s/ DOUGLAS S. LANG
   PRESIDING JUSTICE